PHILLIS KORDELL, ETC. v. ALLSTATE INSURANCE COMPANY.

April 19, 1989.

Petition for certification denied. (See 230 *N.J.Super.* 505).

ANTHONY PUCHALSKI v. HOWARD L. BEYER.

April 19, 1989.

Petition for certification denied.

RARITAN BRUNSWICK, ETC. v. HAROLD M. BRUSKIN, ETC., ET AL.

April 19, 1989.

Petition for certification denied.

HEATHER RIDGE, II, ETC. v. GEORGE FREEMAN, ET UX.

April 19, 1989.

Petition for certification denied.